IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JOHNNY PALERMO,<br><br>                Defendant. | **WITNESS LIST**<br><br>Case No.   4:23cr3051 and 4:23cr3052<br>Deputy:    Jeri Bierbower<br>Reporter:  Lisa Grimminger<br>Date:      April 24, 2023 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Michele Stevenson | 4/24/2023 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |