IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>     vs.<br><br>RICHARD GONZALEZ, and<br>JACK OLSON,<br><br>                               Defendants. | **WITNESS LIST**<br><br>Case No.    4:23cr3051 and 4:23cr3052<br>Deputy:       Jeri Bierbower<br>Reporter:    Lisa Grimminger on Apr. 24th<br>Digital on April 26, 2023<br>Date:  April 24 and 26, 2023 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Michele Stevenson | 4/24/2023, 4/26/2023 |
|  |  |

FOR DEFENDANT  JACK OLSON:

| Name | Date |
|---|---|
| Courtney Schoneweis | 4/26/2023 |
|  |  |

FOR DEFENDANT  RICHARD GONZALEZ:

| Name | Date |
|---|---|
| George T. Merithew | 4/26/2023 |
| Caitlin Gates | 4/26/2023 |